IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HOWARD COHAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:19-cv-06175 |
| ) | |
| BRE/SWISS LP ) | Hon. Martha M. Pacold |
| *d/b/a* Swissotel Chicago ) | |
| ) | |
| Defendant. ) | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Howard Cohan, and Defendant, BRE/SWISS LP dba SWISSOTEL CHICAGO, hereby give notice that the Parties have reached a settlement of all claims and matters in this case in principle and are finalizing papers to that effect. Respectfully, the Parties request that all pending deadlines be stricken, and request 30 days to file a stipulated form of dismissal with the Court.

**SUBMITTED: December 5, 2019**

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| BRE/SWISS LP dba SWISSOTEL CHICAGO | HOWARD COHAN |
| By: /s/ *Kevin A. Fritz* | By: /s/ *Marshall Burt* |
| Kevin A. Fritz | Marshall Burt |
| SEYFARTH SHAW LLP | The Burt Law Group, Ltd |
| 233 S. Wacker Dr., Suite 8000 | 77 West Washington Street |
| Chicago, IL 60606-6448 | Chicago, IL 60602 |
| Telephone: (312) 460-5000 | Office Telephone: 312.419.1999 |
| kfritz@seyfarth.com | marshall@mjburtlaw.com |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |

## **CERTIFICATE OF SERVICE**

I, Kevin A. Fritz, an attorney, do hereby certify that, on December 5, 2019, I caused a true and correct copy of the foregoing JOINT NOTICE OF SETTLEMENT to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

> Marshall Burt
> The Burt Law Group, Ltd
> 77 West Washington Street
> Chicago, IL 60602
> Office Telephone: 312.419.1999
> marshall@mjburtlaw.com

*/s/ Kevin A. Fritz*